### 37314. WESTBROOK v. CHEROKEE COUNTY.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED APRIL 21, 1981.

*Bray & Johnson, Roger M. Johnson,* for appellant.
*Elliott R. Baker,* for appellee.